Frances M. Scott and
Galen. Amerson, and
7931 S. Broadway #188
Littleton, CO 80122
303-791-5018 phone & fax
Frascott99@startmail.com

```
                FILED
         U.S. DISTRICT COURT
         DISTRICT OF COLORADO

         2017 MAR 21  AM 11:31

         JEFFREY P. COLWELL
                CLERK

         BY_____DEP. CLK
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**ATLAS LAW FIRM P.C., a Colorado P.C. &**

**DEBTBUSTERS P.C., a Colorado P.C.**

Plaintiffs,

vs.

**Frances M. Scott, an individual &**
**Galen Amerson, an individual**

Defendant(s)

Case # _____

**Demand for Jury Trial**

Date: March 21, 2017

## NOTICE OF REMOVAL

Defendants, above-captioned, hereby remove case # 2017CV30158 from the Denver County, Colorado, Combined Court to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§1441 and 1443. The federal claims upon which removal is based have revealed themselves, pursuant to 28 U.S.C. §1446, through, and at the time of service of the Denver County Complaint, under circumstances that have revealed a civil rights conspiracy, and violations Plaintiffs' Constitutional rights in connection with a Motion to Open Judgment being concurrently filed at District of Colorado Civil No. 1:15-cv-1486, which is incorporated herein by reference. Defendants submit that these cases can be combined by this

Page 1 of 3

Court, <u>sua sponte</u>, as they are inseparably-related on their face, or will move for that relief separately.

Respectfully submitted this 21st day of March in the year of our LORD 2017,

**Galen L. Amerson**, director for,
and Authorized signatory of
GALEN LEMAR AMERSON
25587 Conifer Road, Suite 105 - #404
Conifer, CO 80433
303-791-5018
Frascott99@startmail.com

**Frances M. Scott**, director for,
and Authorized signatory of
FRANCES JANE MOORER SCOTT
25587 Conifer Road, Suite 105 - #404
Conifer, CO 80433
303-791-5018
Frascott99@startmail.com

## CERTIFICATE OF SERVICE

We, Frances M. Scott and Galen Amerson do swear and affirm that we have served a signed copy of this Defendants Joint Motion to remove case to Federal District Court, to any and all defendants as stated below, on March 17, 2017.

**DENVER COUNTY COMBINED COURT**　　　　　　　　　　In Person
1473 Bannock Street
Denver, Colorado 80202

**ATLAS LAW FIRM P.C.**, a Colorado P.C.　　　　　　　　USPS First Class
**DEBTBUSTERS P.C.,** a Colorado P.C
3373 Cherry Creek North Drive, Suite 575
Denver, Colorado 80209


**Galen L. Amerson**, director for,　　　　　　　　**Frances M. Scott**, director for,
and Authorized signatory of　　　　　　　　　　　and Authorized signatory of
GALEN LEMAR AMERSON　　　　　　　　　　　　FRANCES JANE MOORER SCOTT
25587 Conifer Road, Suite 105 - #404　　　　　　　25587 Conifer Road, Suite 105 - #404
Conifer, CO 80433　　　　　　　　　　　　　　　Conifer, CO 80433
303-791-5018　　　　　　　　　　　　　　　　　303-791-5018
Frascott99@startmail.com　　　　　　　　　　　　Frascott99@startmail.com